**Fill in this information to identify the case:**

Debtor name    Evolver Group, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    2:25-bk-10915

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 27, 2025    X _____
                                        Signature of individual signing on behalf of debtor

                                        Cheni Yerushalmi
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles                                          , California.

Date:          February 27, 2025

Cheni Yerushalmi
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    Evolver Group, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)   2:25-bk-10915

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................   $     0.00

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................   $     199,751.00

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................   $     199,751.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     203,962.52

4.    **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b        $     203,962.52

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Evolver Group, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    2:25-bk-10915

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Evolver Group, LLC | Case number *(If known)* | 2:25-bk-10915 |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached list | $0.00 | | $199,751.00 |

| 51. | **Total of Part 8.** | | $199,751.00 |
|---|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Evolver Group, LLC | Case number *(If known)* | 2:25-bk-10915 |
|--------|--------------------|--------------------------|---------------|
|        | Name               |                          |               |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claims against the Harrington Family Trust for breach of lease outlined in case styled Evolver Group, LLC v Billy Lee Harrington et al., pending in the Santa Barbara Superior Court, Case No. 24CV04451                                              Unknown

| Nature of claim | Breach of contract |
|-----------------|--------------------|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                              $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Cielos Asset List

| Item | Selling Price | Quantity | Total Value | Sold? |
|---|---|---|---|---|
| | | | $199,751.0 | |
| TS170 Premier 170 Forced Air Propane He | 1250 | 1 | 1250 | FALSE |
| Portacool PAC2K 24HPVS Evaporative Cc | 1350 | 1 | 1350 | FALSE |
| Jackery Portable Power Station Explorer 3 | 195 | 30 | 5850 | FALSE |
| CARRY-ON Trailer 6.3-ft x 16-ft Utility Trai | 6750 | 7 | 47250 | FALSE |
| Neo Custom Designed Enclosed Trailer | 20000 | 1 | 20000 | FALSE |
| Kenmore 71332 20.4 Cu. Ft. Top Freezer I | 150 | 1 | 150 | FALSE |
| Centaur Plus Refrigerator | 1200 | 1 | 1200 | FALSE |
| Coldtech Undercounter Refrigerator | 650 | 1 | 650 | FALSE |
| Magic Chef Chest Freezer | 50 | 1 | 50 | FALSE |
| Imperial Range PCVG-2 Convection Oven | 3500 | 1 | 3500 | FALSE |
| Makita 9557PB Angle Grinder | 105 | 1 | 105 | FALSE |
| Fortress 26 Gallon Air Compressor | 275 | 1 | 275 | FALSE |
| 100 lbs. Empty Propane Cylinder | 125 | 4 | 500 | FALSE |
| 30 lbs. Empty Propane Cylinder | 40 | 5 | 200 | FALSE |
| 20 Pound Propane Tank | 30 | 20 | 600 | FALSE |
| Kenmore 71332 Top Freezer Refrigerator | 150 | 1 | 150 | FALSE |
| Centaur Plus Refrigerator, 49 Cu.Ft. | 1200 | 1 | 1200 | FALSE |
| Insignia Chest Freezer, 10.2 Cu. Ft. | 75 | 1 | 75 | FALSE |
| Magic Chef Chest Freezer, 7.0 Cu. Ft. | 50 | 1 | 50 | FALSE |
| Imperial Range Double-Deck Oven | 3500 | 1 | 3500 | FALSE |
| Bevles Heated Warming Cabinet | 1200 | 1 | 1200 | FALSE |
| High-End 8-Burner BBQ Grill | 1100 | 1 | 1100 | FALSE |
| Blackstone 4-Burner Griddle | 65 | 1 | 65 | FALSE |
| Makita XTR01Z Cordless Router | 55 | 1 | 55 | FALSE |
| Makita AN924 Framing Nailer | 130 | 1 | 130 | FALSE |
| Makita AN924 Framing Nailer | | 1 | 0 | FALSE |
| Ryobi 1800 PSI Pressure Washer | 50 | 1 | 50 | FALSE |
| Ryobi 1800 PSI Pressure Washer | | 1 | 0 | FALSE |
| Champion 2000 Inverter | 555 | 1 | 555 | FALSE |
| Champion 2000 Inverter | | 1 | 0 | FALSE |
| Stanbroil Linear Drop-In Fire Pit Pan | 195 | 3 | 585 | FALSE |
| Vevor Drop-In Fire Pit Burner | 205 | 5 | 1025 | FALSE |
| Celestial Round Drop-In Fire Pit | 75 | 2 | 150 | FALSE |
| Grand Table | 150 | 7 | 1050 | FALSE |
| DC Solar Trailer - C Model | 6750 | 7 | 47250 | FALSE |
| Carry-On Utility Trailer | 1475 | 1 | 1475 | FALSE |
| Neo Custom Enclosed Trailer | 20000 | 1 | 20000 | FALSE |
| Crown Amps | 2 | 400 | 800 | FALSE |
| JBL Speakers 8in | 4 | 250 | 1000 | FALSE |
| Martin Subwoofers 21in | 2 | 1300 | 2600 | FALSE |
| Martin Tops 12in | 4 | 1000 | 4000 | FALSE |
| Mixing Board | 1 | 300 | 300 | FALSE |
| Pioneer CDJs | 4 | 1100 | 4400 | FALSE |

| | | | | |
|---|---|---|---|---|
| Pioneer CDJs 3000 | 4 | 2000 | 8000 | FALSE |
| Pioneer DJ Controller | 1 | 2000 | 2000 | FALSE |
| Pioneer Mixer | 1 | 1300 | 1300 | FALSE |
| QSC Speaker 10in | 6 | 500 | 3000 | FALSE |
| QSC Speaker 12in | 2 | 600 | 1200 | FALSE |
| QSC Speaker 12in (K12) | 2 | 500 | 1000 | FALSE |
| QSC Subwoofer 18in | 2 | 1000 | 2000 | FALSE |
| Sound Processors + Mixer | 2 | 700 | 1400 | FALSE |
| Xone Mixer | 1 | 1900 | 1900 | FALSE |
| Commercial ABC Dry Chemical Fire Exting | 10 | 20 | 200 | FALSE |
| Simpson Honda 3000 PSI Power Wash | 1 | 250 | 250 | FALSE |
| Makita XSH03Z Cordless Circular Saw | 1 | 95 | 95 | FALSE |
| Fortress 26 Gallon 175 PSI Air Compresso | 1 | 275 | 275 | FALSE |
| Makita Vacuum XCV11 | 1 | 145 | 145 | FALSE |
| Makita Leaf Blower | 1 | 135 | 135 | FALSE |
| 5 Gallon Gas Tank | 1 | 18 | 18 | FALSE |
| Admiral Plywood Blades | 1 | 16.99 | 16.99 | FALSE |
| 65 Gallon Wheeled Trash Can with Lid | 2 | | 0 | FALSE |
| Magic Chef Microwave Oven | 1 | 22 | 22 | FALSE |
| AvaMix Continuous Feed Food Processor | 1 | 225 | 225 | FALSE |
| Popcorn Machine | 1 | 175 | 175 | FALSE |
| Ryobi P252 Battery Powered Drill | 1 | 70 | 70 | FALSE |
| Makita Orbital Sander | 1 | 60 | 60 | FALSE |
| 65 Gallon Trash Can | 2 | | 0 | FALSE |
| Drummond 1/8 HP Pump | 1 | 40 | 40 | FALSE |
| Predator Gasoline Auger Powerhead | 1 | 145 | 145 | FALSE |
| Makita Power Compact Drill XB11 | 1 | | 0 | FALSE |
| Sander Code No. 29-86T1 | 1 | | 0 | FALSE |
| Avanti Carbide Tipped Saw Blade | 1 | 15 | 15 | FALSE |
| Rigid Maxx Air PRO | 1 | 100 | 100 | FALSE |
| GRK Fasteners Nails | 1 | 49.97 | 49.97 | FALSE |
| 65 Gallon Wheeled Trash Can | 2 | | 0 | FALSE |
| Simpson Brackets LUS 44Z-R | 11 | 7 | 77 | FALSE |
| Through Roof Sealant | 4 | 9 | 36 | FALSE |
| Central Forge Mattock Pick | 2 | 18 | 36 | FALSE |
| Sledge Hammer | 2 | 35 | 70 | FALSE |

| Debtor | Evolver Group, LLC | Case number *(If known)* | 2:25-bk-10915 |
|---|---|---|---|
| | Name | | |

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**    *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $199,751.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $199,751.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $199,751.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Evolver Group, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    2:25-bk-10915

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Evolver Group, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION___

Case number (if known) ___2:25-bk-10915___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Employment Development<br>Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section, MSL A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Ops.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Evolver Group, LLC | Case number (if known) | 2:25-bk-10915 |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address<br>State Board of Equalization<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice purposes only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>Adam Pinades<br>403 North Venice Blvd. Apt. A<br>Venice, CA 90291 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Event deposit | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Alex Bourgeois<br>2500 Santa Barbara Canyon Rd<br>Maricopa, CA 93252 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,991.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>Ambriz Cleaning Services<br>352 Orchard Pl #635<br>Oxnard, CA 93036 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Cleaning services | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>Amos Barreto and Christine Kim<br>c/o CARLE, MACKIE, POWER & ROSS LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Event deposit | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Blue Coast Inc<br>PO Box 5662<br>Santa Monica, CA 90406 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Notice purposes only | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Evolver Group, LLC | Case number (if known) | 2:25-bk-10915 |
|--------|-------------------|------------------------|---------------|
|        | Name |  |  |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Charles Green and Jekka Kuhlmann
c/o CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA 95401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Event deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Fantin Guilloteau
146 Monroe St, Apt 1
Brooklyn, NY 11216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Harrington Family Trust
c/o Sullivan &Yaeckel Law Group, APC
2330 Third Ave
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Pending litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☒ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,202.00

Herc
2160 Saturn Ct
Bakersfield, CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Equipment rental

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85,284.91

Kramer Madnick LLP
16133 Ventura Boulevard, Suite 805

Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Legal services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,853.52

Marborg Industries
P.O. BOX 4127
Santa Barbara, CA 93140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Waste management

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,866.00

Matt McMahon
16921 S Western Ave
Gardena, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Event deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,156.44

Melanie Wassman
550 Seagaze Dr
Oceanside, CA 92054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Event deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Evolver Group, LLC | | Case number *(if known)* | 2:25-bk-10915 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,806.01 |
|---|---|---|---|
| | Patrick McGarrigle<br>9600 Topanga Canyon Blvd, Ste 200<br>Chatsworth, CA 91311 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Legal services__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,105.00 |
|---|---|---|---|
| | Peter Minegar<br>201 N. Calle Cesar Chavez, Suite 300<br><br>Santa Barbara, CA 93103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Professional services__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|
| | Sysco<br>5900 Stewart Ave<br>Fremont, CA 94538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,297.39 |
|---|---|---|---|
| | Terrence Mitzel<br>2705 Highway 33<br>Maricopa, CA 93252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Services__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Adam Gerstein<br>122 Zinfandel Cir<br>Scotts Valley, CA 95066 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Cheni Yerushalmi<br>3101 Ocean Park Blvd Ste 100<br>Santa Monica, CA 90405 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Fantin Guilloteau<br>146 Monroe St, Apt 1<br>Brooklyn, NY 11216 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 203,962.52 |

---

| Debtor | Evolver Group, LLC | Case number (if known) | 2:25-bk-10915 |
| --- | --- | --- | --- |
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 203,962.52

**Fill in this information to identify the case:**

Debtor name   Evolver Group, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)   2:25-bk-10915

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Evolver Group, LLC _____

United States Bankruptcy Court for the: ___ CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION ___

Case number (if known) ___ 2:25-bk-10915 _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    Evolver Group, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

Case number (if known)    2:25-bk-10915

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $0.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $1,366,421.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $1,036,971.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Evolver Group, LLC | Case number (if known) | 2:25-bk-10915 |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Barreto et al. v. Evolver Group, LLC et al 24CV02692 | Breach of Contract | Santa Barbara Superior Court | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Evolver Group, LLC v. Bill Lee Harrington, et al. 24CV04451 | Breach of Lease | Santa Barbara Superior Court | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Green et al. v. Evolver Group, LLC et al. 24CV02727 | Breach of Contract | Santa Barbara Superior Court | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Harrington Family Trust v. Evolver Group, LLC 24CV01860 | Complaint for Preliminary and Permanent Injunction | Santa Barbara Superior Court | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Debtor | Evolver Group, LLC | | Case number *(if known)* | 2:25-bk-10915 |
|---|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Reed H. Olmstead<br>5142 Hollister Ave # 171<br>Santa Barbara, CA 93111 | Attorney Fee | | $6,000.00 |
| | **Email or website address**<br>reed@olmstead.law | | | |
| | **Who made the payment, if not debtor?**<br>Cheni Yerushalmi | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Debtor | Evolver Group, LLC | Case number *(if known)*  2:25-bk-10915 |
|---|---|---|

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America | XXXX-0434 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 04/2024 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Evolver Group, LLC | Case number *(if known)*  2:25-bk-10915 |
|---|---|---|

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Evolver Group, LLC                                   Case number *(if known)*  2:25-bk-10915

---

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

---

Debtor    Evolver Group, LLC _____    Case number (if known) 2:25-bk-10915 _____

**Name of the pension fund**                                          **Employer Identification number of the pension fund**

| **Part 14:** | **Signature and Declaration** |

> **WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____February 27, 2025_____

_____          Cheni Yerushalmi _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Northern Division

In re   Evolver Group, LLC               Case No.    2:25-bk-10915

Debtor(s)            Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................... | $ | 6,000.00 |
| Prior to the filing of this statement I have received ...................................... | $ | 6,000.00 |
| Balance Due ................................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify):    Cheni Yerushalmi

3.   The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 27, 2025
_____
Date

_____
Reed Olmstead
*Signature of Attorney*
Law Offices of Reed H. Olmstead
5142 Hollister Ave # 171
Santa Barbara, CA 93111
(805) 963-9111   Fax: (805) 963-2209
reed@olmstead.law
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Reed Olmstead<br>5142 Hollister Ave # 171<br>Santa Barbara, CA 93111<br>(805) 963-9111  Fax: (805) 963-2209<br>California State Bar Number: 269525 CA<br>reed@olmstead.law | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| In re: | CASE NO.: 2:25-bk-10915 |
|---|---|
| Evolver Group, LLC | CHAPTER: 7 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _February 27, 2025_ _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _February 27, 2025_ _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Adam Gerstein
122 Zinfandel Cir
Scotts Valley, CA 95066


Adam Pinades
403 North Venice Blvd. Apt. A
Venice, CA 90291


Alex Bourgeois
2500 Santa Barbara Canyon Rd
Maricopa, CA 93252


Ambriz Cleaning Services
352 Orchard Pl #635
Oxnard, CA 93036


Amos Barreto and Christine Kim
c/o CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA 95401


Blue Coast Inc
PO Box 5662
Santa Monica, CA 90406


Charles Green and Jekka Kuhlmann
c/o CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA 95401


Cheni Yerushalmi
3101 Ocean Park Blvd Ste 100
Santa Monica, CA 90405

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Fantin Guilloteau
146 Monroe St, Apt 1
Brooklyn, NY 11216


Franchise Tax Board
Bankruptcy Section, MSL A-340
PO Box 2952
Sacramento, CA 95812-2952


Harrington Family Trust
c/o Sullivan &Yaeckel Law Group, APC
2330 Third Ave
San Diego, CA 92101


Herc
2160 Saturn Ct
Bakersfield, CA 93308


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346


Kramer Madnick LLP
16133 Ventura Boulevard, Suite 805
Encino, CA 91436


Marborg Industries
P.O. BOX 4127
Santa Barbara, CA 93140

```
Matt McMahon
16921 S Western Ave
Gardena, CA 90247


Melanie Wassman
550 Seagaze Dr
Oceanside, CA 92054


Patrick McGarrigle
9600 Topanga Canyon Blvd, Ste 200
Chatsworth, CA 91311


Peter Minegar
201 N. Calle Cesar Chavez, Suite 300
Santa Barbara, CA 93103


State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


Sysco
5900 Stewart Ave
Fremont, CA 94538


Terrence Mitzel
2705 Highway 33
Maricopa, CA 93252
```

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

Reed Olmstead
5142 Hollister Ave # 171
Santa Barbara, CA 93111
(805) 963-9111  Fax: (805) 963-2209
California State Bar Number: 269525 CA
reed@olmstead.law

FOR COURT USE ONLY

☒ *Attorney for:*  Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Evolver Group, LLC

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.: 2:25-bk-10915
ADVERSARY NO.:
CHAPTER:    7

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO    FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Cheni Yerushalmi                                       , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

        ☒ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.      ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

February 27, 2025
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   Cheni Yerushalmi
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**